Howard Greeley Hopkirk, PA Office of Attorney General, Harrisburg, for Commonwealth of Pennsylvania.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2014, the order of the Commonwealth Court is **AFFIRMED.**

**Mwangi SEKOU, Appellant**

v.

**Sheila WOODS–SKIPPER, Appellee.**

Supreme Court of Pennsylvania.

July 21, 2014.

Mwangi Sekou, pro se.

A. Taylor Williams, Administrative Office of Pennsylvania Courts, Philadelphia, for Sheila Woods–Skipper.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July 2014, the Order of the Commonwealth Court is **AFFIRMED.**

**George BUSSINGER, Appellee**

v.

**The PENNSYLVANIA DEPARTMENT OF CORRECTIONS; The State Correctional Institution—Forest; Jeffery Beard, Secretary of Corrections; Debra K. Sauers, Superintendent of the State Correctional Institution at Forest; M.T. Toski, Business Manager, D.A. Woodard, Erin Wallace–Ireland, Appellants.**

Supreme Court of Pennsylvania.

July 21, 2014.

## ORDER

PER CURIAM.

AND NOW, this 21st day of July, 2014, the Order of the Commonwealth Court is **AFFIRMED.**